## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAHMOAD ABDAH, et al.,

        Petitioners,

    v.

BARACK H. OBAMA, et al.,

        Respondents.

Civil Action 04-01254  (HHK)

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and for the reasons set forth in the accompanying memorandum opinion filed with the Court Security Office this same day, it is this 8th day of April, 2010 hereby

**ORDERED** that the petition for a writ of habeas corpus of Yasein Khasem Mohammad Esmail (ISN 522) is **DENIED**.

        Henry H. Kennedy, Jr.
        United States District Judge